FELIX ROMERO, Reg. No. 10614-068
B.S.C.C. Airpark Unit E6
3700 Wright Ave.
Big Spring, Texas 79720

*Counselor*

RECEIVED

NOV 20 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CERTIFIED MAIL



940 0000 4230 8786

LACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

Honorable Sean J. Mclaughlin
United States District Judge
Erie Dvision 17 South
Park Row Erie P.A. 16501

