```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
           v.                 ) Criminal No. 95-33 Erie
                              )
FELIX ROMERO                  )
```

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, this 13th day of March, 2008, pursuant to the February 11, 2008, Administrative Order relating to the appointment of counsel in crack amendment retroactivity cases, IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this action.

```
    PRIMARY COUNSEL:    Thomas W. Patton
                        Assistant Federal Public Defender
                        PA State ID #88653


                        __
                        _____
                        Sean J. McLaughlin
                        United States District Judge
```